IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02368-KLM

RICHARD MALLINGER,

    Plaintiff,

v.

THE TRAVELERS COMPANIES, INC., also known as Standard Fire Insurance Company, also known as The Travelers Insurance Company, also known as The Travelers Indemnity Company of America, also known as The Travelers Casualty Company, also known as Travelers,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Stipulated Motion to Amend the Caption** [#20] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The Clerk of Court shall amend the name of Defendant on the electronic docket to "The Standard Fire Insurance Company." All future filings in this matter shall reflect Defendant's amended name.

    IT IS FURTHER **ORDERED** that all future filings by the parties in this matter <u>shall be double-spaced</u> in compliance with D.C.COLO.LCivR 10.1(e).

    Dated:  October 6, 2014