**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 14-cv-02368-RM-KLM

RICHARD MALLINGER,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed January 14, 2016 (ECF No. 58). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay their/its respective attorney's fees and costs.

Dated this 14th day of January, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge